ACCEPTED
04-17-00223-CV
9/28/2017 10:14 AM

# NO. 04-17-00223-CV

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
09/28/2017 10:14:59 AM
KEITH E. HOTTLE
CLERK

## IN THE FOURTH COURT OF APPEALS
## SAN ANTONIO, TEXAS

MARIA LIDIA GONZALEZ, ET AL.

*Appellant*

v.

ESTATE OF IDELFONSO RAMIREZ, ET AL.

*Appellees*

Appeal from the 49th Judicial District Court
in Zapata County, Texas, The Honorable Jose Antonio Lopez, Presiding

## UNOPPOSED MOTION TO ALLOW MARY IBARRA-MYERS TO WITHDRAW AS APPELLATE COUNSEL FOR INTERVENORS-APPELLANTS

TO THE HONORABLE JUSTICES OF THE COURT:

Pursuant to Texas Rule of Appellate Procedure 6.5, Mary Ibarra-Myers and Intervenors-Appellants[1] respectfully present this unopposed motion asking the Court to permit Ms. Ibarra-Myers to withdraw as

---

[1] Intervenors-Appellants are: Dianne Needham Bluhm; Bernardine Needham Voges; Debra Needham Ghidoni; Janice Needham Dreyer; Bradley Marshall; Joyce Naumann; H.E. Naumann; and Sacred Heart School Education Fund, As Successors in Interest to the Estate of Manuel Ramirez. Plaintiffs-Appellants are represented by separate appellate counsel.

1

appellate counsel of record. Ms. Ibarra-Myers and Intervenors-Appellants would show the Court as follows:

1. Mary Ibarra-Myers, while an attorney with Farrimond, Castillo & Bresnahan, PC, represented Intervenors-Appellants in the trial court and filed those parties' Notice of Appeal. On July 27, 2017, Ruth G. Malinas, an attorney with Plunkett, Griesenbeck & Mimari, Inc., and Ms. Ibarra-Myers filed Ms. Malinas's Notice of Appearance in which Ms. Malinas is designated as lead appellate counsel for Intervenors-Appellants.

2. Approximately one month ago, Ms. Ibarra-Myers left Farrimond, Castillo & Bresnahan, PC. In her new position, she is no longer able to represent Intervenors-Appellants in this matter. Consequently, Intervenors-Appellants ask the Court to allow Ms. Ibarra-Myers to withdraw from representing them in the case.

3. Ruth Malinas will remain lead appellate counsel for Intervenors-Appellants and requests that the Court and all parties continue to direct all future filings, notices, correspondence or other matters to her in accordance with her previously-filed notice of appearance.

2

4. **Certificate of Conference.** Prior to filing this motion, the undersigned conferred with all counsel representing the named Defendants. Such counsel stated they do not object to the relief requested in this motion.

WHEREFORE, PREMISES CONSIDERED, Intervenors respectfully pray for the Court to grant this motion, issue an order allowing Mary Ibarra-Myers to withdraw as counsel of record for Intervenors, and for such other relief to which they may be entitled.

Respectfully submitted,

*/s/ Ruth G. Malinas*
RUTH G. MALINAS
Texas Bar No. 08399350
**Plunkett, Griesenbeck & Mimari, Inc.**
Catholic Life Building, Suite 900
1635 N.E. Loop 410
San Antonio, Texas 78209
(210) 734-7092 (telephone)
(210) 734-0379 (facsimile)
rmalinas@pg-law.com

**COUNSEL FOR INTERVENORS-
APPELLANTS**

**and**

_Mary Ibarra-Myers_
State Bar No. 10382936
Attorney at Law
15202 Fall Manor Drive
San Antonio, Texas 78247
Telephone: (210) 882-7911
marymyersatty@gmail.com

**FORMERLY CO-COUNSEL FOR
INTERVENORS-APPELLANTS**

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing _Motion to Allow Mary Ibarra-Myers to Withdraw As Appellate Counsel for Intervenors-Appellants_ has been forwarded this ___28th___ day of September, 2017, to the following attorneys of record via the electronic filing manager:

Brendan K. McBride
The McBride Law Firm
425 Soledad, Suite 620
San Antonio, Texas 78205
**Brendan.mcbride@att.net**

**COUNSEL FOR PLAINTIFFS-APPELLANTS**

Tom C. Hall
Law Offices of Thomas C. Hall
The Milam Building
115 East Travis Street, Suite 700
San Antonio, Texas 78205
hall@tomhall-lawyer.com

**COUNSEL FOR PLAINTIFFS-APPELLANTS**

Baldemar Garcia
Martha Cigarroa deLlano
Joe Maldonado
Person, Whitworth, Borchers & Morales, L.L.P.
602 East Calton Road
P.O. Box 6668
Laredo, Texas 78042
bgarcia@personwhitworth.com
MDellano@personwhitworth.com
JMaldonado@personwhitworth.com

**COUNSEL FOR ESTATE OF FELICIDAD RAMIREZ DE PEREZ, PALMYRA MINERALS, LTD., THE ESTATE OF ILEANA RAMIREZ AND EL MILAGRO MINERALS, LTD.**

Donato D. Ramos
Daniel L. Walter
Law Offices of Donato D. Ramos
Texas Community Bank Building
6721 McPheron, Suite 350
P.O. Box 452009
Laredo, Texas 78041
dondramos@yahoo.com
dwalter@ddrlex.com

**COUNSEL FOR DEFENDANTS GILBERTO PEREZ, ET AL.**

Ernesto Cavazos
Attorney at Law
1411 San Dario Ave.
Laredo, Texas 78040
lawoffice@laredo.twcbc.com

**COUNSEL FOR KNOWN AND UNKNOWN HEIRS/DEFENDANTS**

Armando X. Lopez
Attorney at Law
1510 Calle Del Norte Ste. 16
Laredo, Texas 78041
mandox@bravo.net

**COUNSEL FOR DEFENDANTS MUNOZ HEIRS**

/s/ Ruth G. Malinas
RUTH G. MALINAS

# 520597